IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL NEAL,

    Petitioner,

vs.                                           Case No. 3:09cv23/MCR/EMT

WALTER A. McNEIL,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 15, 2009 (Doc. 27). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's motion to dismiss (doc. 16) is **GRANTED**.

3.    The amended petition for writ of habeas corpus (doc. 7) is **DISMISSED** with prejudice as untimely.

**DONE AND ORDERED** this 15th day of January, 2010.

                                                       *s/ M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **UNITED STATES DISTRICT JUDGE**